IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES HACKETT | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv416 |
| WARDEN, FCC-MEDIUM, BEAUMONT | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

James Hackett, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this matter be dismissed as improvidently filed and that the Clerk of Court be directed to file the initial pleading in this case as an amended petition in civil action number 1:13cv416.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law set forth in the Report and Recommendation of United States Magistrate Judge are correct and the Report and Recommendation is hereby **ADOPTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the 24 day of **September, 2013.**

Thad Heartfield
United States District Judge